

# NUMBER 13-19-00489-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

G-WIZ TRUCKING, LLC,                                                    Appellant,

v.

GABRIELA IBARRA,                                                       Appellee.

## On appeal from the 438th District Court
## of Bexar County, Texas.



# NUMBER 13-19-00490-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MARCO KREUSSEL,** | **Appellant,** |

**v.**

| | |
|---|---|
| **GABRIELA IBARRA,** | **Appellee.** |

### On appeal from the 438th District Court
### of Bexar County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellants, G-Wiz Trucking, LLC and Marco Kreussel, perfected an appeal in appellate cause numbers 13-19-00489-CV and 13-19-00490-CV from judgments entered by the 438th District Court of Bexar County, Texas in trial court cause numbers 2018-CI-

18956 and 2019-CI-04685.[1] Appellants and appellee, Gabriela Ibarra, filed a joint motion for judgment effectuating the parties' settlement agreement. The motion states that the parties have reached a settlement agreement and request that we vacate the trial court's judgments in both causes, dismiss the appeals in both appellate causes, and release Western Surety Company of its obligations under the supersedeas bonds filed in trial court cause numbers 2018-CI-18956 and 2019-CI-14685.

On April 24, 2020, this Court abated the appeal. We now lift the abatement and reinstate the case. Having considered the documents on file and the joint motion for judgment effectuating the parties' settlement agreement, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion is hereby GRANTED in both appellate causes. Accordingly, we VACATE the trial court's judgments in trial court cause numbers 2018-CI-18956 and 2019-CI-04685, and we DISMISS the appeals in appellate cause numbers 13-19-00489-CV and 13-19-00490-CV. The supersedeas bond filed by Western Surety Company is released and all obligations thereon are discharged. We assess costs of the appeals against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Any pending motions are dismissed as moot in both appellate causes. Having dismissed the appeals at the parties' request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

---

[1] This case was transferred from the Fourth Court of Appeals in San Antonio to this Court pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

JAIME TIJERINA
Justice

Delivered and filed the
15th day of October, 2020.